RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 6/20/05

RECEIVED
JUL 1 2 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA



UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| RANDY LYNN MOSLEY | CIVIL ACTION NO. 05-0629 c/w 05-692 |
| VS. | SECTION P |
| KATHY THORNTON, ET AL. | JUDGE DOHERTY |
| | MAGISTRATE JUDGE HILL |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights action be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state claims upon which relief may be granted under 28 U.S.C. §1915(e)(2)(B)(i) and (ii);

**THUS DONE AND SIGNED,** in chambers, in _Lafayette_ Louisiana, on this _12_ day of _July_, 2005.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE